JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Debra Hurd, | ) | 2:13-cv-5205-RSWL-MRW |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| American Income Life Insurance, | ) | |
| Defendant. | ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Defendant American Income Life Insurance.

**IT IS SO ORDERED.**

DATED: November 20, 2014

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

1